Eastern District,
*June* 1831.

CRAVIER ET AL
*vs.*
GRAVIER.

</div>

---

## CANIZO'S SYNDICS vs. CUADRA.

### APPEAL FROM THE COURT OF THE PARISH AND CITY OF NEW ORLEANS.

The pawnee who has not taken written evidence by an authentic or private instrument of the pawning, cannot avail himself of it against third persons.

This suit was brought to recover from the defendant certain articles of plate and jewellery which had been deposited with him by the insolvent previous to his failure, and which formed part of the property surrendered to his creditors.

The defendant admitted the receipt of the articles, but alleged they were pawned to him by the insolvent as security for a debt. It appeared from the evidence that the articles were not pawned, but delivered to the defendant for safekeeping. There was a verdict, and judgment for the plaintiffs, and the defendant appealed.

*Vinot* for appellant.

*Cannon* for appellee.

*Martin, J.* delivered the opinion of the court.

The plaintiff, syndic of his own creditors, claims part of the property surrendered, now in the defendant's possession. The claim is resisted on the ground that they were, previous to the failure, received by the defendant, in pawn; and his being a creditor being proved, is a circumstance which, with his possession, affords a strong presumption that the

Eastern District, goods were given him as a security for his debt. The plea
June 1831. was disallowed, and the defendant appealed.

CANIZO'S SYN'S.
*vs.*
CUADRA.

The pawnee who
has not taken
written evidence
by an authentic or
private instrument
of the pawning,
cannot avail him-
self of it against
third persons

Under the Civil Code, 3125, the pawnee who has not ta-
ken written evidence (by an authentic or private instrument)
of the pawning, cannot avail himself of it against third per-
sons. This, in the present case, is not pretended to have
been done.

It is therefore ordered, adjudged, and decreed, that the
judgment of the Parish Court be affirmed with costs.